IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOUG KING                                                                                   PETITIONER

v.                                         5:04CV00449 JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                                  RESPONDENT

## JUDGMENT

It is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

IT IS SO ADJUDGED this 31st day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE